SPERRY, Respondent, *v.* HELLMAN, Appellant.

*(Common Pleas of New York City and County, General Term.* November 4, 1891.)

Motion for reargument. For former opinión, see 13 N. Y. Supp. 899.

*Seligman & Seligman,* for appellant. *Howard A. Sperry,* for respondent.

BISCHOFF, J. The motion papers do not disclose any of the grounds speci-fied in rule 16 of the general term rules upon which a reargument may be al-lowed, and this motion is for that reason denied. The question involved in this appeal is, however, of sufficient importance to merit the attention of the court of appeals, and respondent may, if he desires it, have leave to appeal to that court. No costs of this motion.

---

FLEGENHEIMER *et al.,* Respondents, *v.* LENZ, Appellant.

*(Common Pleas of New York City and County, General Term.* November 2, 1891.)

Appeal from fourth district court.

Action by Henry Flegenheimer against Henry Lenz.

Argued before DALY, C. J., and BISCHOFF, J.

*J. Fromme,* for appellant. *H. Stiefel,* for respondents.

No opinion. Judgment reduced to $53, and affirmed for that amount, with-out costs of appeal to either party.

---

SCHAPIERER, Respondent, *v.* THIRD AVE. R. Co., Appellant.

*(Common Pleas of New York City and County, General Term.* November 5, 1891.)

Appeal from city court, general term.

Action by Jacob Schapierer against the Third Avenue Railroad Company.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*L. & J. Hoadley,* for appellant. *S. D. Levy,* for respondent.

No opinion. Appeal dismissed, without costs to either party. See 14 N. Y. Supp. 921.

---

O'KEEFE, Respondent, *v.* HUNTINGTON, Appellant.

*(Common Pleas of New York City and County, General Term.* November 6, 1891.)

Action by Keefe S. O'Keefe against Arabella D. Huntington.

Argued before DALY, C. J., and BOOKSTAVER, J.

*Chas. H. Tweed,* for appellant. *H. De Forest Baldwin,* for respondent.

No opinion. Order affirmed, with costs.

---

PEOPLE *ex rel.* WARD, Appellant, *v.* PURROY *et al.,* Fire Commissioners, Respondents.

*(Common Pleas of New York City and County, General Term.* November 6, 1891.)

*Certiorari* by John Ward to review the proceedings of Henry D. Purroy and others, constituting the board of fire commissioners.

Argued before DALY, C. J., and BOOKSTAVER, J.

*L. J. Grant,* for appellant. *W. L. Findley,* for respondents.

No opinion. Writ dismissed, and the decision of the commissioners affirmed.

---

CLEMENTS, Appellant, *v.* KNOESEL *et al.,* Respondents.

*(Common Pleas of New York City and County, General Term.* November 11, 1881.)

Action by Lena Clements against Julius Knoesel and others. Plaintiff appeals from order denying her motion to resettle order.